27 So.2d 716

## ALABAMA DRY DOCKS & SHIPBUILDING CO. v. J. B. WARD.

I Div. 276.

Supreme Court of Alabama.
Oct. 31, 1946.

Wm. G. Caffey and Jack C. Gallalee, both of Mobile, for petitioner.

Smith, Hand & Arendall, of Mobile, opposed.

STAKELY, Justice.

Petition of J. B. Ward for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Alabama Dry Dock & Shipbuilding Co. v. Ward, 27 So.2d 710.

Writ denied.

GARDNER, C. J., and FOSTER and LAWSON, JJ., concur.

27 So.2d 709

## SOUTHEASTERN CONST. CO. v. W. L. GODWIN.

4 Div. 431.

Supreme Court of Alabama.
Oct. 31, 1946.

London & Yancey, of Birmingham, for petitioner.

E. O. Baldwin, of Andalusia, opposed.

FOSTER, Justice.

Petition of Southeastern Construction Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Southeastern Construction Co. v. W. L. Godwin, 27 So.2d 708.

Writ denied on authority of Southeastern Construction Co. v. Robbins, ante, p. 367, 27 So.2d 705.

GARDNER, C. J., and LAWSON and STAKELY, JJ., concur.